

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00202-CV

LINDSEY DAWN MARTENS                                        APPELLANT

V.

TAMI LYNN BUSBY                                             APPELLEE

------------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2017-002071-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On June 8, 2017, we notified appellant that her "Motion for Rehearing" that she filed directly with the appellate court on May 31, 2017, did not contain the required contents of a notice of appeal as required by Texas Rule of Appellate Procedure 25.1(d). *See* Tex. R. App. P. 25.1(d). We stated that we could dismiss the appeal unless appellant filed in the trial court a notice of appeal containing the required contents on or before June 19, 2017. *See* Tex. R. App. P. 25.1(d), 42.3(c). We have not received any response.

------------

[1]*See* Tex. R. App. P. 47.4.

Because appellant did not file a notice of appeal as required by the Texas Rules of Appellate Procedure and as directed by the clerk of this Court, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

/s/ Terrie Livingston

TERRIE LIVINGSTON
CHIEF JUSTICE

PANEL:  LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DELIVERED:  July 20, 2017